Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____      Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | 901 S. La Brea Ave., LLC |
| 2. All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names, and *doing business as names* | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 5 – 0 9 3 7 2 4 1 |

4. Debtor's address

**Principal place of business**

c/o Victor Velasquez

6893 E Horizon Dr
Number     Street

La Palma, CA 90623
City                    State     ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____
City            State    ZIP Code

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor    **901 S. La Brea Ave., LLC**
_____    Case number *(if known)* _____
    Name

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

\_\_\_ \_\_\_ \_\_\_ \_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

    District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
                                            MM / DD / YYYY

    Case number, if known _____

| Debtor | 901 S. La Brea Ave., LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                  State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000     ☐ 50,000-100,000
☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor    **901 S. La Brea Ave., LLC**                                          Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/27/2025
              MM/ DD/ YYYY

X _____          **Victor Velasquez**
Signature of authorized representative of debtor    Printed name

Title   **Manager**

18. **Signature of attorney**   X  **/s/Michael R. Totaro**          Date **02/27/2025**
                                Signature of attorney for debtor           MM/ DD/ YYYY

**Michael R Totaro**
Printed name

**Totaro & Shanahan, LLP**
Firm name

**PO Box 789**
Number        Street

**Pacific Palisades**                          **CA**        **90272**
City                                           State       ZIP Code

**(310) 804-2157**                             **Ocbkatty@aol.com**
Contact phone                                  Email address

**102229**                                     **CA**
Bar number                                     State

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.    A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

         None

2.    (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

         None

3.    (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

         None

4.    (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

         None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Orange___, California

Date: __02/27/2025__

                                                    Victor Velasquez
                                                    Manager

                                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**United States Bankruptcy Court**
**Central District of California**

In re   **901 S. La Brea Ave., LLC**                                          Case No. _____

                                            Debtor(s)        Chapter   _____**11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the
undersigned counsel for _____**901 S. La Brea Ave., LLC**_____ in the above captioned action, certifies that the following is a (are)
corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s')
equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**02/27/2025**_____              /s/ Michael R. Totaro
Date                                     **Michael R Totaro**
                                         Signature of Attorney or Litigant
                                         Counsel for _____**901 S. La Brea Ave., LLC**_____
                                         **Bar Number: 102229**
                                         **Totaro & Shanahan, LLP**
                                         **PO Box 789**
                                         **Pacific Palisades, CA 90272**
                                         **Phone: (310) 804-2157**
                                         **Email: Ocbkatty@aol.com**

1

United States Bankruptcy Court

Central District of California

**In Re:**   901 S. La Brea Ave., LLC

Case No: _____

Chapter: 11

### STATEMENT REGARDING CORPORATE RESOLUTION

I, Victor Velasquez, declare under penalty of perjury that I am the Manager of <u>901 S. La Brea Ave.,
LLC</u>, a California LLC and that on <u>February 27, 2025</u> the following resolution was duly adopted by the Board
of this LLC:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States
Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Victor Velasquez, Manager of this LLC, is authorized and directed to
execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case
on behalf of the LLC; and

Be it Further Resolved, that Victor Velasquez, Manager of this LLC, is authorized and directed to
appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and
deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such
bankruptcy case; and

Be it Further Resolved that Victor Velasquez, Manager of this LLC, is authorized and directed to
employ Michael R Totaro and to represent the LLC in such bankruptcy case."

Executed on:   <u>February 27, 2025</u>          Signed:

Victor Velasquez, Manager

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:                                                          CHAPTER  **11**
**901 S. La Brea Ave., LLC**

DEBTOR(S)                                                       CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: __02/27/2025_____          Signature: _____
                                                                          *Victor Velasquez, Manager*

Fill in this information to identify the case:

Debtor name **901 S. La Brea Ave., LLC**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nachhatar Bhullar 1422 S 10th Ave Arcadia, CA 91006-4511 | | Loan | Disputed | | | $250,000.00 |
| 2 | County of Los Angeles Tax Collector 225 N Hill St Fl 1 Los Angeles, CA 90012-3253 | | | Disputed | | | $107,518.18 |
| 3 | 348 C Store, Inc. 348 W Arbor Vitae St Inglewood, CA 90301-3752 | | Loan | Disputed | | | $30,000.00 |
| 4 | City of Inglewood 1 W Manchester Blvd Inglewood, CA 90301-1764 | | Utility | Disputed | | | $21,220.88 |
| 5 | County of Los Angeles Tax Collector 225 N Hill St Fl 1 Los Angeles, CA 90012-3253 | | | Disputed | | | $21,182.33 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    **901 S. La Brea Ave., LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____ **901 S. La Brea Ave., LLC**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $6,500,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................    $40,799.29

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................    $6,540,799.29

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................    $4,426,071.57

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    + $301,220.88

4. **Total liabilities**...........................................................................    $4,727,292.45
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name   **901 S. La Brea Ave., LLC**

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution: (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Wallis Bank | Checking account | 2  1  6 | $27.36 |
| 3.2. Chase Bank | Checking account | 7  6  0  8 | $771.93 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | _____ |
| 4.2 | | | _____ |
| 5. **Total of Part 1** | | | $799.29 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1

Debtor    **901 S. La Brea Ave., LLC**           Case number *(if known)* _____
        Name

7.2  _____     _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____     _____

    8.2  _____     _____

9.    **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
| --- | --- |

10.    **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                       **Current value of debtor's interest**

11.    **Accounts receivable**

    11a. 90 days old or less:  _____ − _____ = .....→    _____
                            face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ − _____ = .....→    _____
                         face amount       doubtful or uncollectible accounts

12.    **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
| --- | --- |

13.    **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                      **Valuation method used for current value**     **Current value of debtor's interest**

14.    **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____    _____    _____

    14.2  _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

---

Debtor    **901 S. La Brea Ave., LLC**  _____    Case number (if known) _____
          Name

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable**
     **instruments not included in Part 1**

     Describe:

     16.1  _____    _____    _____

     16.2  _____    _____    _____

17.  **Total of Part 4**                                                          ┌──────────┐
     Add lines 14 through 16. Copy the total to line 83.                          │          │
                                                                                  └──────────┘

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No. Go to Part 6.
     ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.  **Raw materials** | MM / DD / YYYY | | | |
| 20.  **Work in progress** | MM / DD / YYYY | | | |
| 21.  **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22.  **Other inventory or supplies** | MM / DD / YYYY | | | |

23.  **Total of Part 5**                                                          ┌──────────┐
     Add lines 19 through 22. Copy the total to line 84.                          │          │
                                                                                  └──────────┘

24.  **Is any of the property listed in Part 5 perishable?**

     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☑ No
     ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor    **901 S. La Brea Ave., LLC**                                    Case number *(if known)* _____
       Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |

**28.** **Crops—either planted or harvested**

_____ | _____ | _____ | _____

**29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____ | _____ | _____ | _____

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

_____ | _____ | _____ | _____

**31.** **Farm and fishing supplies, chemicals, and feed**

_____ | _____ | _____ | _____

**32.** **Other farming and fishing-related property not already listed in Part 6**

_____ | _____ | _____ | _____

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 4

Debtor    **901 S. La Brea Ave., LLC**                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 39. Office furniture | | | |
| Retail Store Shelving | $10,000.00 | Estimates | $10,000.00 |
| 40. Office fixtures | | | |
| | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| AC System | $30,000.00 | Estimates | $30,000.00 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**                                                                    | $40,000.00 |

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    __901 S. La Brea Ave., LLC_____      Case number *(if known)* _____
         Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____

    48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                         _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such<br>as Assessor Parcel Number (APN), and type of<br>property (for example, acreage, factory,<br>warehouse, apartment or office building), if<br>available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Building** / 901 S La<br>Brea Ave Inglewood, CA 90301-3815 | Fee Simple | unknown | | $6,500,000.00 |
| 55.2 **Commercial Building** / 925 S La<br>Brea Ave Inglewood, CA 90301-3815 | Fee Simple | unknown | Appraisal | unknown |

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        $6,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 6

Debtor      **901 S. La Brea Ave., LLC**                                    Case number *(if known)* _____
            Name

58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?
      ☐ No
      ☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**
      ☑ No. Go to Part 11.
      ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |

60.   **Patents, copyrights, trademarks, and trade secrets**
      _____      _____      _____      _____

61.   **Internet domain names and websites**
      _____      _____      _____      _____

62.   **Licenses, franchises, and royalties**
      _____      _____      _____      _____

63.   **Customer lists, mailing lists, or other compilations**
      _____      _____      _____      _____

64.   **Other intangibles, or intellectual property**
      _____      _____      _____      _____

65.   **Goodwill**
      _____      _____      _____      _____

66.   **Total of Part 10**
      Add lines 60 through 65. Copy the total to line 89.                              _____

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
      ☑ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

Official Form 206A/B              Schedule A/B: Assets — Real and Personal Property                    page 7

Debtor    **901 S. La Brea Ave., LLC** _____    Case number (if known) _____
        Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    Current value of
    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

    _____    _____ – _____ ⇒ _____
                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____ Tax year _____    _____
    _____ Tax year _____    _____
    _____ Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    _____

    Nature of claim    _____
    Amount requested   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    _____

    Nature of claim    _____
    Amount requested   _____

76. **Trusts, equitable or future interests in property**

    _____    _____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

    _____    _____
    _____    _____

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.    _____

Debtor    901 S. La Brea Ave., LLC
          _____          Case number (if known) _____
          Name

79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $799.29 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | | |
| 83. **Investments.** Copy line 17, Part 4. | | |
| 84. **Inventory.** Copy line 23, Part 5. | | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | |
| 88. **Real property.** Copy line 56, Part 9 .......................... ➜ | | $6,500,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | | |
| 90. **All other assets.** Copy line 78, Part 11. | + | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $40,799.29 | + 91b. $6,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................ | | $6,540,799.29 |

Fill in this information to identify the case:

Debtor name **901 S. La Brea Ave., LLC**

United States Bankruptcy Court for the: **Central** District of **California**
                                                                  (State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

| 2.1 **Creditor's name** | **Describe debtor's property that is subject to a lien** | $21,182.33 | unknown |
|---|---|---|---|
| **County of Los Angeles Tax Collector** | _____ | | |
| **Creditor's mailing address** | _____ | | |
| **225 N Hill St Fl 1** | **Describe the lien** | | |
| **Los Angeles, CA 90012-3253** | _____ | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| _____ | ☑ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?** | | |
| **Last 4 digits of account** 0 4 2 4 | ☑ No | | |
| **number** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☑ No | Check all that apply. | | |
| ☐ Yes. Specify each creditor, including this | ☐ Contingent | | |
| creditor, and its relative priority. | ☐ Unliquidated | | |
| _____ | ☑ Disputed | | |

**Remarks:** 925 S La Brea Ave property

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional          $4,426,071.57
   Page, if any.

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Debtor    **901 S. La Brea Ave., LLC**
_____    Case number (if known) _____
        Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name

**County of Los Angeles Tax Collector**
_____

Creditor's mailing address

**225 N Hill St Fl 1**
_____

**Los Angeles, CA 90012-3253**
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account    **3  1  2  4**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____
_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

|  |  |
|---|---|
| $107,518.18 | unknown |

Debtor  **901 S. La Brea Ave., LLC**
     Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**Column A**
Amount of claim
Do not deduct the value
of collateral.

**Column B**
Value of collateral
that supports this
claim

**2.3** Creditor's name

**Wallis Bank**

Creditor's mailing address

**855 Wall St Second Floor**

**Los Angeles, CA 90014-2307**

Creditor's email address, if known

_____

Date debt was incurred    **10/11/2023**

Last 4 digits of account    **8  2  4  6**
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

       _____

    ☐ Yes. The relative priority of creditors
        is specified on lines _____

Describe debtor's property that is subject to a lien
Commercial Building, Commercial Building

Describe the lien

**First DOT Cross Collateralized**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$4,297,371.06    $6,500,000.00

Fill in this information to identify the case:

Debtor name _____**901 S. La Brea Ave., LLC**_____

United States Bankruptcy Court for the:
_____**Central District of California**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim _____   Priority amount _____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim _____   Priority amount _____

Debtor    **901 S. La Brea Ave., LLC**                                    Case number *(if known)* _____
        Name

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address      **$30,000.00**

**348 C Store, Inc.**

**348 W Arbor Vitae St**

**Inglewood, CA 90301-3752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **January 2024**

Last 4 digits of account number    **A v e .**

Basis for the claim:   **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**   Nonpriority creditor's name and mailing address      **$21,220.88**

**City of Inglewood**

**1 W Manchester Blvd**

**Inglewood, CA 90301-1764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    — — —

Last 4 digits of account number    — — — —

Basis for the claim:   **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**   Nonpriority creditor's name and mailing address      **$250,000.00**

**Nachhatar Bhullar**

**1422 S 10th Ave**

**Arcadia, CA 91006-4511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **June 2024**

Last 4 digits of account number    **A v e .**

Basis for the claim:   **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**   Nonpriority creditor's name and mailing address      _____

Date or dates debt was incurred    _____

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    901 S. La Brea Ave., LLC    Case number *(if known)*
　　　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.　Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $301,220.88 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $301,220.88 |

Fill in this information to identify the case:

Debtor name _____**901 S. La Brea Ave., LLC**_____

United States Bankruptcy Court for the:

_____**Central District of California**_____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Store Front |
| | | Contract to be REJECTED |
| | State the term remaining | 10 months |
| | List the contract number of any government contract | |

Dominos Pizza

901 S La Brea Ave

Inglewood, CA 90301-3815

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __901 S. La Brea Ave., LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
   *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   **Column 1: Codebtor**

   **Column 2: Creditor**

   | Name | Mailing address | | | Name | Check all schedules that apply: |
   |------|------|------|------|------|------|
   | 2.1 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
   | | City | State | ZIP Code | | |
   | 2.2 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
   | | City | State | ZIP Code | | |
   | 2.3 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
   | | City | State | ZIP Code | | |
   | 2.4 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
   | | City | State | ZIP Code | | |

Official Form 206H                    Schedule H: Codebtors                    page 1 of __2__

Debtor     **901 S. La Brea Ave., LLC**_____          Case number (if known) _____
           Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules *that apply:* |

| 2.5 | _____ | Street _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
|  |  | _____ |  |  |
|  |  | City        State        ZIP Code |  |  |
| 2.6 | _____ | Street _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
|  |  | _____ |  |  |
|  |  | City        State        ZIP Code |  |  |

Official Form 206H            Schedule H: Codebtors                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____**901 S. La Brea Ave., LLC**_____

United States Bankruptcy Court for the:

_____**Central District of California**_____

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ *Other document that requires a declaration* ___Verification Statement of Related Cases Equity Holders, 20 Largest Creditors___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**02/27/2025**__          X _____
　　　　　　MM/ DD/ YYYY                        Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　**Victor Velasquez**
　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　**Manager**
　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name _____ **901 S. La Brea Ave., LLC** _____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From <u>01/01/2025</u><br>MM/ DD/ YYYY | to Filing date | ☑ Operating a business<br>☑ Other _____ | $10,986.00 |
   | **For prior year:** | From <u>01/01/2024</u><br>MM/ DD/ YYYY | to <u>12/31/2024</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | $64,680.00 |
   | **For the year before that:** | From <u>01/01/2023</u><br>MM/ DD/ YYYY | to <u>12/31/2023</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $63,492.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From <u>01/01/2025</u><br>MM/ DD/ YYYY | to Filing date | _____ | _____ |
   | **For prior year:** | From <u>01/01/2024</u><br>MM/ DD/ YYYY | to <u>12/31/2024</u><br>MM/ DD/ YYYY | _____ | _____ |
   | **For the year before that:** | From <u>01/01/2023</u><br>MM/ DD/ YYYY | to <u>12/31/2023</u><br>MM/ DD/ YYYY | _____ | _____ |

Debtor    **901 S. La Brea Ave., LLC**                                     Case number (if known) _____
               Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____ | _____ | _____ | ☐ Secured debt |
| Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Street | _____ | | ☐ Services |
| _____ | _____ | | ☐ Other _____ |
| City            State    ZIP Code | | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | _____ | | _____ |
| Street | _____ | | _____ |
| _____ | _____ | | _____ |
| City            State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **901 S. La Brea Ave., LLC**    Case number *(if known)* _____
_____
Name

5.1. _____    _____    _____    _____
Creditor's name

Street _____

_____

_____
City            State    ZIP Code

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | | |

_____    XXXX–__ __ __ __    _____    _____
Creditor's name

Street _____

_____

_____
City            State    ZIP Code

---

**Part 3:    Legal Actions or Assignments**

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name _____ | ☐ On appeal |
| | **Case number** | | Street _____ | ☐ Concluded |
| | _____ | | _____ | |
| | | | City    State    ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor ___ **901 S. La Brea Ave., LLC** _____     Case number *(if known)* _____
         Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|-----------------------------|-------|
| | _____ | **Case title** | _____ |
| | Custodian's name | _____ | **Court name and address** |
| | _____ | | _____ |
| | Street | | Name |
| | _____ | **Case number** | _____ |
| | _____ | _____ | Street |
| | City        State    ZIP Code | **Date of order or assignment** | _____ |
| | | _____ | City       State    ZIP Code |

---

### Part 4:   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | _____ | _____ | _____ | _____ |
| | Recipient's name | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

### Part 5:   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets — Real and Personal Property*). | | |
| 10.1. _____ | _____ | _____ | _____ |

---

### Part 6:   Certain Payments or Transfers

**11.**   Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor  **901 S. La Brea Ave., LLC**
Name

Case number (if known) _____

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Totaro & Shanahan, LLP** | Pre Petition Legal | 2/1/2025 | $18,000.00 |
| | **Address** | | | |
| | **P.O. Box 789** | | | |
| | Street | | | |
| | **Pacific Palisades, CA 90272** | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | **Debtor** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Totaro & Shanahan, LLP** | filing Fee | 02/27/2025 | $1,738.00 |
| | **Address** | | | |
| | **P.O. Box 789** | | | |
| | Street | | | |
| | **Pacific Palisades, CA 90272** | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | **Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

| Debtor | **901 S. La Brea Ave., LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | **Address** | **Dates of occupancy** |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor ___ 901 S. La Brea Ave., LLC _____ Case number _(if known)_ _____
             Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City          State          ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

---

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**
    ☑ No.
    ☐ Yes. State the nature of the information collected and retained. _____
         Does the debtor have a privacy policy about that information?
         ☐ No
         ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?
         ☐ No. Go to Part 10.
         ☐ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | _____ | EIN: _ _ – _ _ _ _ _ _ _ |

         Has the plan been terminated?
         ☐ No
         ☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.
    ☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Chase Bank** <br>Name <br>**Po Box 182051** <br>Street <br>**Columbus, OH 43218-2051** <br>City     State     ZIP Code | XXXX– 7  6  0  8 | ☑ Checking <br>☐ Savings <br>☐ Money market <br>☐ Brokerage <br>☐ Other | 2/27/2025 | $771.93 |

Debtor __901 S. La Brea Ave., LLC__      Case number *(if known)* _____
   Name

| 18.2 | **Wallis Bank** | XXXX– ☐ ☐ ☐ ☐ | ☑ Checking | 2/27/2025 | $27.36 |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | **6893 E Horizon Dr # 2** | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | **Orange, CA 92867-6469** | | ☐ Other | | |
| | City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

Debtor    **901 S. La Brea Ave., LLC**                                        Case number *(if known)* _____
           Name

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

Debtor    **901 S. La Brea Ave., LLC**    Case number (if known) _____
                Name

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1. _____ <br> Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| _____ <br> Street | | **Dates business existed** |
| _____ | | From _____  To _____ |
| _____ <br> City          State    ZIP Code | | |

**26.  Books, records, and financial statements**

**26a.**  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Penny M. Fox** _____ <br> Name | From **1/1/2024**  To **Ongoing** |
| **15615 Alton Pkwy 450** _____ <br> Street | |
| _____ | |
| **Irvine, CA 92618** _____ <br> City          State         ZIP Code | |

**26b.**  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name | From _____  To _____ |
| _____ <br> Street | |
| _____ | |
| _____ <br> City          State         ZIP Code | |

**26c.**  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **901 S. La Brea Ave., LLC**    Case number *(if known)* _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Penny M. Fox** | _____ |
| Name | _____ |
| **15615 Alton Pkwy Ste 450** | _____ |
| Street | |
| | |
| **Irvine, CA 92618-3308** | |
| City                State                ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State                ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State                ZIP Code |

**28.**    List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Manmeet Sachdeva** | **5429 W 117th St Inglewood, CA 90304-1048** | **Member, Membership** | **99.00%** |
| **Meherban Sachdeva** | **5454 W 119th Pl Inglewood, CA 90304-1018** | **Member, Membership** | **1.00%** |
| **Victor Velasquez** | **6893 E Horizon Dr # 2 Orange, CA 92867-6469** | **Manager, 0** | **0.00%** |

Debtor    **901 S. La Brea Ave., LLC**    Case number (if known) _____
_____
Name

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | _____ | From _____ |
| | | | To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | _____ | _____ | _____ | _____ |
| | Name | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

| Part 14: | Signature and Declaration |
|----------|---------------------------|

Debtor     901 S. La Brea Ave., LLC _____    Case Number (if known) _____
                Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**02/27/2025**___
                MM/ DD/ YYYY

X _____          Printed name _____**Victor Velasquez**_____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____**Manager**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R Totaro<br>Bar Number: 102229<br>Totaro & Shanahan, LLP<br>PO Box 789<br>Pacific Palisades, CA 90272<br>Phone: (310) 804-2157<br>Email: Ocbkatty@aol.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>901 S. La Brea Ave., LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | **ATTORNEY'S DISCLOSURE<br>OF POSTPETITION COMPENSATION<br>ARRANGEMENT WITH DEBTOR**<br><br>[11 U.S.C. § 329(a); FRBP 2016(b)] |

1.  This disclosure is made by the undersigned attorney as counsel for the Debtor:

    ☑ This disclosure is the undersigned's initial compensation disclosure in this case.

    ☐ This disclosure supplements a previously-filed compensation disclosure in this case.

2.  **Postpetition Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a) and FRBP 2016(b), I disclose that I am the attorney for the Debtor and that compensation was paid to me after the petition was filed, and/or was agreed postpetition to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with this case.:

    For legal services, I agreed postpetition to accept:
    ☒ hourly rate _650.00_    or    ☑ flat fee _____ $0.00_____

    Amount I received postpetition, if any: _____ $0.00 _____

    Balance Due ..................................................................................................................    $0.00

3.  **Date of Payment:** The postpetition compensation was paid to me, and/or the postpetition compensation agreement was entered into, on (date): _____.

4.  **Source of Postpetition Compensation.**

    a.  **Already Paid.** The source(s) of the compensation paid to me postpetition was:

        ☑ Debtor        ☐ Other (specify):

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

b.  **To be Paid.** The source(s) of the compensation agreed postpetition to be paid to me is:

☑ Debtor        ☐ Other (*specify*):

billed Hourly at $650.00 per hour

5.  **Sharing of Compensation.**

☑ I have not agreed to share the above-disclosed postpetition compensation with any other persons unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

☐ I have agreed to share the above-disclosed postpetition compensation with other persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). A copy of the agreement, together with a list of the names of the people sharing in the postpetition compensation, is attached.

6.  ☐ **Chapter 7 Cases Only.** In chapter 7 bankruptcy cases, a limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. I have been retained by the Debtor for purposes of a limited appearance. In return for the compensation disclosed above, I have agreed to provide the following legal services:

a.  ☐ Any proceeding related to stay motions under 11 U.S.C. § 362.

b.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

c.  ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

d.  ☐ Reaffirmation of a debt.

e.  ☐ Any lien avoidance under 11 U.S.C. § 522(f).

f.  ☐ Adversary proceedings (other than those brought under 11 U.S.C. §§ 523 and 727) and other contested bankruptcy matters.

g.  ☐ Other provisions as needed (*specify*):

7.  ☒ **Cases Other than Chapter 7.** In return for the above-disclosed fee, I have agreed to render legal services for the bankruptcy case, including:

a.  ☐ Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

b.  ☒ Other provisions as needed (*specify*):      All activities except for Adversary Proceedings. Services are Detailed in the Employment Application

8.  ☒ **Excluded Services.** By agreement with the Debtor, the compensation disclosed above does not include fees to provide the following services (*specify*):      lLitigation in adversary matters to be handled by Special Litigation counsel if necessary

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

### DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing, together with any prior compensation disclosures filed by the undersigned, constitutes a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case and all amounts received in respect of such representation.

Date: __02/27/2025__

By: ___/s/ Michael R. Totaro___
*Signature of attorney for the Debtor*

Name: ___**Michael R Totaro**___
*Printed name of attorney*

___**Totaro & Shanahan, LLP**___
*Printed name of law firm*

### DECLARATION OF THE DEBTOR
*(To be completed only if the attorney's representation is in chapter 7 and of limited scope.)*

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 6, and that I/we am representing myself/ourselves for any other proceedings, unless a new agreement is reached with an attorney.

Date: _2/27/2025_

_____
Manager

_Victor Velasquez_
Printed name of Debtor 1

Date: _____

_____
*Signature of Debtor 2 (Joint Debtor)*

_____
*Printed name of Debtor 2 (Joint Debtor)*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                          Page 3                          F 2016-1.4.ATTY.COMP.DISCLSR

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael R Totaro**<br>**Bar Number: 102229**<br>**Totaro & Shanahan, LLP**<br>**PO Box 789**<br>**Pacific Palisades, CA 90272**<br>**Phone: (310) 804-2157**<br>**Email: Ocbkatty@aol.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**901 S. La Brea Ave., LLC**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>### VERIFICATION OF MASTER MAILING LIST OF CREDITORS<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____1____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___**02/27/2025**___

_____
Manager

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: ___**02/27/2025**___

/s/ Michael R. Totaro
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

**348 C Store, Inc.**
348 W Arbor Vitae St
Inglewood, CA 90301-3752

**City of Inglewood**
1 W Manchester Blvd
Inglewood, CA 90301-1764

**County of Los Angeles Tax
Collector**
225 N Hill St Fl 1
Los Angeles, CA 90012-3253

**Dominos Pizza**
901 S La Brea Ave
Inglewood, CA 90301-3815

**Nachhatar Bhullar**
1422 S 10th Ave
Arcadia, CA 91006-4511

**Wallis Bank**
855 Wall St Second Floor
Los Angeles, CA 90014-2307

**348 C Store, Inc.**
348 W Arbor Vitae St
Inglewood, CA 90301-3752

**City of Inglewood**
1 W Manchester Blvd
Inglewood, CA 90301-1764

**County of Los Angeles Tax Collector**
225 N Hill St Fl 1
Los Angeles, CA 90012-3253

**Dominos Pizza**
901 S La Brea Ave
Inglewood, CA 90301-3815

**Nachhatar Bhullar**
1422 S 10th Ave
Arcadia, CA 91006-4511

**Wallis Bank**
855 Wall St Second Floor
Los Angeles, CA 90014-2307